JEFFREY S. RUGG, ESQ., Bar No. 10978
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant*
*OTSUKA AMERICA PHARMACEUTICAL, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENEE FOLEY and BRANDON FOLEY,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.<br><br>Defendant. | CASE NO.:  2:16-cv-01596-APG-VCF<br><br>**DEFENDANT OTSUKA AMERICA PHARMACEUTICAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br>**(First Request)** |

Defendant Otsuka America Pharmaceutical, Inc. ("OAPI") moves under Local Rules IA 6-1 and 6-2 for a 30-day extension of time within which OAPI may move, answer, or otherwise respond to Plaintiffs' Complaint.

The extension is warranted due to the nationwide scope of this litigation: similar actions have been filed across the country.  This case is one of 33 similar cases pending in 18 federal courts and a consolidated action pending in New Jersey state court.  On June 24, 2016, the parties in the 26 similar cases pending at that time jointly filed a Motion to Transfer before the Judicial Panel on Multidistrict Litigation to transfer those cases and any subsequent related actions involving similar claims—such as this case—to a single judge for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  Defendants are in the process of filing

1  motions to stay in all of the related cases except those pending in the Northern District of Florida
2  (the requested MDL venue) and anticipate filing such a motion in this case.  Thus far, stays of
3  actions pending decisions by the JPML have been entered in 18 of the cases and are pending in an
4  additional 6 cases.

5       This is OAPI's first request for an extension.  Counsel for OAPI has consulted Plaintiffs'
6  counsel regarding the extension, and Plaintiffs' counsel agrees to this extension. The extension
7  does not affect any other previously scheduled dates.

8       DATED this 1st day of August, 2016

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: ___/s/ Jeffrey S. Rugg_____
JEFFREY S. RUGG, ESQ., BAR NO. 10978
JRUGG@BHFS.COM
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV  89106-4614
TELEPHONE:  702.382.2101
FACSIMILE:  702.382.8135

*ATTORNEYS FOR DEFENDANT*
*OTSUKA AMERICA PHARMACEUTICAL, INC.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __8-2-2016_____

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**CERTIFICATE OF SERVICE**

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **DEFENDANT OTSUKA AMERICA PHARMACEUTICAL, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (First Request)** was served via electronic service on the 1st day of August, 2016 and to the addresses shown below:

Brian D. Nettles, Esq.
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
briannettles@nettleslawfirm.com

*Attorney for Plaintiffs*

*/s/ Karen Wiehl*
An employee of Brownstein Hyatt Farber Schreck, LLP