JEFFREY S. RUGG, ESQ., Bar No. 10978
jrugg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant*
OTSUKA PHARMACEUTICAL CO., LTD.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RENEE FOLEY and BRANDON FOLEY,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL-MYERS SQUIBB COMPANY, OTSUKA PHARMACEUTICAL CO., LTD., and OTSUKA AMERICA PHARMACEUTICAL, INC.<br><br>Defendant. | CASE NO.:  2:16-cv-01596-APG-VCF<br><br>**DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (First Request)** |

Defendant Otsuka Pharmaceutical Co., Ltd. ("OPC") moves under Local Rules IA 6-1 and 6-2 for a 30-day extension of time within which OPC may move, answer, or otherwise respond to Plaintiffs' Complaint.

The extension is warranted due to the nationwide scope of this litigation: similar actions have been filed across the country.  This case is one of 33 similar cases pending in 18 federal courts and a consolidated action pending in New Jersey state court.  On June 24, 2016, the parties in the 26 similar cases pending at that time jointly filed a Motion to Transfer before the Judicial Panel on Multidistrict Litigation to transfer those cases and any subsequent related actions involving similar claims—such as this case—to a single judge for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  Defendants are in the process of filing

motions to stay in all of the related cases except those pending in the Northern District of Florida (the requested MDL venue) and anticipate filing such a motion in this case. Thus far, stays of actions pending decisions by the JPML have been entered in 18 of the cases and are pending in an additional 6 cases.

This is OPC's first request for an extension. Counsel for OPC has consulted Plaintiffs' counsel regarding the extension, and Plaintiffs' counsel agrees to this extension. The extension does not affect any other previously scheduled dates.

DATED this 1st day of August, 2016

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: /s/ Jeffrey S. Rugg
JEFFREY S. RUGG, ESQ., BAR NO. 10978
JRUGG@BHFS.COM
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106-4614
TELEPHONE: 702.382.2101
FACSIMILE: 702.382.8135

*ATTORNEYS FOR DEFENDANT*
*OTSUKA PHARMACEUTICAL CO., LTD.*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 9, 2016

099999\0951\14936838.1                    2

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P.5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that the foregoing **DEFENDANT OTSUKA PHARMACEUTICAL CO., LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT (First Request)** was served via electronic service on the 1st day of August, 2016 and to the addresses shown below:

Brian D. Nettles, Esq.
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
briannettles@nettleslawfirm.com

*Attorney for Plaintiffs*

*/s/ Karen Wiehl*
An employee of Brownstein Hyatt Farber Schreck, LLP

099999\0951\14936838.1                  3